## FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

COUNSELORS AT LAW
THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: 516-248-1700
FACSIMILE: 866-786-3783
WEBSITE: WWW.FORCHELLILAW.COM

**ELBERT F. NASIS**
PARTNER
ENASIS@FORCHELLILAW.COM

March 30, 2017

**Via ECF**

Hon. Peggy Kuo, US Magistrate Judge
United States District Court, Eastern District
225 Cadman Plaza East, Courtroom 11-C South
Brooklyn, New York 11201

    Re: **Supplemental Status Report**
         **Cabrera v. Summit Entertainment Corp., et al., Case No. 15-cv-07372**

Dear Magistrate Judge Kuo:

    This firm represents the defendants in the above-referenced matter. I am writing on behalf of counsel for both parties to provide the Court with a supplemental status report with respect to the issue of whether plaintiff, Khristie Cabrera, timely and effectively opted out of the parallel state court class action, pursuant to your Honor's March 28, 2017 order.

    The Final Order Approving Settlement (the "Order") was signed by Justice Feinman on March 10, 2017, and was entered in the Office of the Nassau County Clerk on March 15, 2017. A copy of said order is annexed hereto for your reference.

    We respectfully direct your Honor's attention to page 3 of the Order, whereby, in reference to Ms. Cabrera, Justice Feinman ordered that "…the one individual that identified through counsel that she elected to opt-out is deemed a valid opt-out and she may continue to pursue her claims."

    Thus, counsel for the parties concur that the state class action settlement does not bar Ms. Cabrera's claims in this action because Ms. Cabrera's opt-out of the state class action settlement effectively preserved her independent right to pursue her claims herein.

    Thank you.

                                                       Respectfully submitted,

                                                       /s/
                                                ELBERT F. NASIS, ESQ.
                                                *Counsel for Defendants*

                                                       /s/
                                                SAUL ZABELL, ESQ.
                                                *Counsel for Plaintiff*

cc: Raymond Nardo, Esq. (*via* ECF)