| Date | Staff | Description of work | hrs | Rate | TotalCost | Staff Member Total |
|---|---|---|---|---|---|---|
| 10/3/2016 | Chris C | Review adversary letter motion to EDNY, Nassau Supreme, draft and serve opposition to each letter (intervention into class proceeding) | 2.2 | $ 450.00 | $ 990.00 | |
| 10/4/2016 | Chris C | Draft and serve letter to Judge Feinman in Nassau Supreme regarding fairness hearing | 0.5 | $ 450.00 | $ 225.00 | |
| 10/7/2016 | Chris C | Review 10-4-16 Order regarding Motion to Stay process | 0.3 | $ 450.00 | $ 135.00 | |
| 10/13/2016 | Chris C | Revise opposition to Defendants' motion for a stay | 0.5 | $ 450.00 | $ 225.00 | |
| 10/20/2016 | Chris C | Final revisions to opposition to defendants' motion to stay proceedings, and documentation in sopport | 0.7 | $ 450.00 | $ 315.00 | |
| 10/26/2016 | Chris C | Review defendant's reply memo in support of protective order; pull relevant cases and review | 1 | $ 450.00 | $ 450.00 | |
| 10/28/2016 | Chris C | Review defendant reply memorandum of law in support of motion fro stay of discovery | 0.5 | $ 450.00 | $ 225.00 | |
| 10/31/2016 | Chris C | Process court order regarding court conference on motion for protective order | 0.3 | $ 450.00 | $ 135.00 | |
| 11/10/2016 | Chris C | Process court order addressing change of time for telephone status conference | 0.3 | $ 450.00 | $ 135.00 | |
| 12/7/2016 | Chris C | Process 12-1 Order regarding 12-10 appearance | 0.3 | $ 450.00 | $ 135.00 | |
| 1/5/2017 | Chris C | Review adversary application regarding class status | 0.5 | $ 450.00 | $ 225.00 | |
| 1/11/2017 | Chris C | Status call to client | 0.4 | $ 450.00 | $ 180.00 | |
| 1/19/2017 | Chris C | Case conference regarding opt out of state court matter and judicial stay | 0.4 | $ 450.00 | $ 180.00 | |
| 3/7/2017 | Chris C | Process court order regarding status report and court conference on April 24 | 0.4 | $ 450.00 | $ 180.00 | |
| 3/13/2017 | Chris C | Status call from client | 0.3 | $ 450.00 | $ 135.00 | |
| 5/22/2017 | Chris C | Case conference regarding Plaintiff's measure of damages | 0.3 | $ 450.00 | $ 135.00 | |
| 6/2/2017 | Chris C | Status call from client | 0.4 | $ 450.00 | $ 180.00 | |
| 6/29/2017 | Chris C | Review adversary opposition to request to aDaniel Johnstonourn settlement conference | 0.3 | $ 450.00 | $ 135.00 | |
| 7/5/2017 | Chris C | File review regarding damage calculation and independent contractor argument | 0.5 | $ 450.00 | $ 225.00 | |
| 7/7/2017 | Chris C | Final revisions to settlement position to be filed with Magistrate Kuo | 0.3 | $ 450.00 | $ 135.00 | |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2017 | Chris C | Email to client outlining details for 7/12/17 court settlement conference, status call to client | 0.5 | $450.00 | $225.00 |
| 7/26/2017 | Chris C | Revise motion to compel non-redacted records (time, attendance, pay) from defendants. | 0.5 | $450.00 | $225.00 |
| 8/3/2017 | Chris C | Review opposition to motion to compel non-redacted documentation concerning hours and payroll, process court order establishing telephone conference to resolve. | 0.5 | $450.00 | $225.00 |
| 8/7/2017 | Chris C | File prep for 8/9 telephone conference with Judge | 0.4 | $450.00 | $180.00 |
| 8/9/2017 | Chris C | Case conference regarding discovery dispute, process court order regarding requirements to amend application. | 0.4 | $450.00 | $180.00 |
| 8/11/2017 | Chris C | Case conference regarding motion to compel. | 0.4 | $450.00 | $180.00 |
| 8/14/2017 | Chris C | Revise motion to compel unredacted wage and hour documents | 0.5 | $450.00 | $225.00 |
| 9/8/2017 | Chris C | Review Judge's Order, letter to adversary regarding non-redacted documentation | 0.7 | $450.00 | $315.00 |
| 9/26/2017 | Chris C | Status call from client | 0.4 | $450.00 | $180.00 |
| 9/27/2017 | Chris C | Review partially redacted records produced by Defendants pursuant to court order | 0.5 | $450.00 | $225.00 |
| 10/3/2017 | Chris C | Status call from client regarding partially redacted records and potential witnesses | 0.4 | $450.00 | $180.00 |
| 10/6/2017 | Chris C | Telephone conference with RN regarding Defendant's supplemental document production; review records; revise 30(b)(6) deposition notice and letter to adversary. | 0.7 | $450.00 | $315.00 |
| 10/11/2017 | Chris C | Email exchange with co-counsel regarding settlement position, revise letter to opposing counsel regarding deposition schedule. | 0.5 | $450.00 | $225.00 |
| 10/23/2017 | Chris C | Email exchange with co counsel regarding depositions | 0.4 | $450.00 | $180.00 |
| 10/23/2017 | Chris C | Telephone conference with plaintiff regarding settlement demand and defendants' partial document production | 0.4 | $450.00 | $180.00 |

| Date | Attorney | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 10/26/2017 | Chris C | Email exchange with co-counsel regarding deposition schedule, call to client | 0.4 | $ 450.00 | $ 180.00 | |
| 10/30/2017 | Chris C | Email exchange with co-counsel regarding deposition schedule | 0.4 | $ 450.00 | $ 180.00 | |
| 11/2/2017 | Chris C | Email to Khristie Cabrera | 0.1 | $ 450.00 | $ 45.00 | |
| 11/2/2017 | Chris C | Email to Khristie Cabrera | 0.1 | $ 450.00 | $ 45.00 | |
| 11/3/2017 | Chris C | Prep client and defendant Plaintiff deposition | 5 | $ 450.00 | $ 2,250.00 | |
| 12/1/2017 | Chris C | Review research in opposition to motion to compel tax returns | 0.4 | $ 450.00 | $ 180.00 | |
| 12/12/2017 | Chris C | Case conference regarding motion for reconsideration of magistrate order to produce income tax returns | 0.4 | $ 450.00 | $ 180.00 | |
| 12/12/2017 | Chris C | Revise opposition to motion to compel income tax returns | 0.4 | $ 450.00 | $ 180.00 | |
| 12/12/2017 | Chris C | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 12/18/2017 | Chris C | E-mail correspondence with ecf_bounces@nyed.uscourts.gov | 0.2 | $ 450.00 | $ 90.00 | |
| 1/29/2018 | Chris C | Email to Khristie Cabrera regarding 3/6 court conference, production of tax returns and review adversary letter regarding production. | 0.7 | $ 450.00 | $ 315.00 | |
| 2/2/2018 | Chris C | Status call from client, email to co-counsel regarding production of tax returns | 0.5 | $ 450.00 | $ 225.00 | $ 11,880.00 |
| 10/4/2016 | Daniel | Conference, draft letter motion, revise | 2.3 | $ 200.00 | $ 460.00 | |
| 10/6/2016 | Daniel | Teleconference | 0.3 | $ 200.00 | $ 60.00 | |
| 10/17/2016 | Daniel | Review adversary's memo of law; legal research, Revise and update opposition motion; conference; draft affidavit; draft proposed order; | 5.2 | $ 200.00 | $ 1,040.00 | |
| 10/20/2016 | Daniel | Revise and update motion, conference, file | 3.3 | $ 200.00 | $ 660.00 | |
| 6/23/2017 | Daniel | Conf; review file; draft ltr to court | 0.8 | $ 200.00 | $ 160.00 | |
| 6/26/2017 | Daniel | Ltr edits & finalize; review case file, include new arguments; conf | 1.1 | $ 200.00 | $ 220.00 | |
| 7/13/2017 | Daniel | Conf re damages | 0.2 | $ 200.00 | $ 40.00 | $ 2,640.00 |
| 6/8/2016 | Jeanine | Research caselaw regarding entitlement to financial records in FLSA commerce discovery | 2.7 | $ 250.00 | $ 675.00 | $ 675.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2015 | Kelsey | Prelim draft of complaint against Gentlemen's Quarters | 3.8 | $75.00 | $285.00 |
| 11/24/2015 | Kelsey | Edits to complaint; draft summons and civil cover sheet; draft FLSA consent form; called client; email to client re: FLSA consent form; call return from client | 1.3 | $75.00 | $97.50 |
| 11/25/2015 | Kelsey | Received signed retainer and signed FLSA consent form; file organization; email to client; conference with SDZ re: lawsuit; research for entity information of Def; edits to complaint | 1 | $75.00 | $75.00 |
| 12/4/2015 | Kelsey | Research for D's entity information; edits to complaint draft; called client; | 3.5 | $75.00 | $262.50 |
| 12/8/2015 | Kelsey | Edits to complaint | 0.4 | $75.00 | $30.00 |
| 12/9/2015 | Kelsey | Edits to complaint | 0.8 | $75.00 | $60.00 |
| 12/18/2015 | Kelsey | Review of complaint; made copies for review by Saul Zabell; edits to complaint | 0.7 | $75.00 | $52.50 |
| 12/21/2015 | Kelsey | Edits to complaint; copy to Saul Zabell for review | 0.2 | $75.00 | $15.00 |
| 12/29/2015 | Kelsey | Edits to complaint; prepared documents for e-filing; e-filed complaint, civil cover sheet, summons and FLSA consent form; file organization | 1.1 | $75.00 | $82.50 |
| 12/30/2015 | Kelsey | Corrected summons for Ds; re-filed electronically; file organization | 0.6 | $75.00 | $45.00 |
| 12/31/2015 | Kelsey | File organization | 0.2 | $75.00 | $15.00 |
| 1/5/2016 | Kelsey | Rule 4 - draft notice of lawsuit, waiver of service, and letter to D; conference with SDZ re: Rule 4 documents; sent out letter with notice of lawsuit and waiver of service to D via Certified Mail; file organization | 1.2 | $75.00 | $90.00 |
| 1/12/2016 | Kelsey | Received certified mail green card for Rule 4d letter; file organization | 0.2 | $75.00 | $15.00 |
| 1/20/2016 | Kelsey | E-file check for issued summons; Sent complaint and summons via email to process server; received email from process server re: entity information; responded to email | 0.7 | $75.00 | $52.50 |
| 1/21/2016 | Kelsey | Received and responded to email from process server re: service | 0.1 | $75.00 | $7.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/3/2016 | Kelsey | Received Affidavit of Service for Phillip Tricolla and Gentlemen's Quarters; e-filed aff of service for tricolla and GQ; file organization | 0.5 | $75.00 | $37.50 |
| 2/9/2016 | Kelsey | received damage calculations spreadsheet; review of damage calculations spreadsheet; | 0.3 | $75.00 | $22.50 |
| 2/10/2016 | Kelsey | Review of damage calculation template; input into firm documents | 0.5 | $75.00 | $37.50 |
| 2/15/2016 | Kelsey | Received affidavit of service for D Summit Entertainment; e-filed affidavit; file organization | 0.6 | $75.00 | $45.00 |
| 3/14/2016 | Kelsey | Prelim draft of 1st INT | 0.3 | $75.00 | $22.50 |
| 3/15/2016 | Kelsey | Draft 1st INT | 0.9 | $75.00 | $67.50 |
| 3/25/2016 | Kelsey | Reviewed draft of ESI agreement and P's 1st INT; edits to P's 1st INT | 1.5 | $75.00 | $112.50 |
| 3/28/2016 | Kelsey | Review of P's 1st INT; review of and edits to P's 1st Doc Demand; copies of ESI agreement, P's 1st INT and 1st Doc Demand to SDZ for review; review of and edits to P's 1st NTA; | 1.2 | $75.00 | $90.00 |
| 4/14/2016 | Kelsey | Reviewed e-file for hearing dates and orders; draft aDaniel Johnstonournment letter to court; conference with Saul Zabell re: court conference; calendared court conference date | 0.9 | $75.00 | $67.50 |
| 5/9/2016 | Kelsey | Received and reviewed Ds' Rule 26 disclosure documents; draft spreadsheet to breakdown P's time and pay records from D | 0.9 | $75.00 | $67.50 |
| 5/10/2016 | Kelsey | File review and organization with IR in preparation for client meeting; conference with IR and Saul Zabell re: client meeting | 0.5 | $75.00 | $37.50 |
| 5/11/2016 | Kelsey | Conference with Saul Zabell re: client meeting; Called client to confirm meeting; sat in client meeting; draft memo to SDZ re: client meeting | 1.2 | $75.00 | $90.00 |
| 10/4/2016 | Kelsey | Edits to response letter in opposition of Ds' motion; e-file letter | 0.4 | $75.00 | $30.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 10/6/2016 | Kelsey | Looked up docket for Daniel Johnston for Ds' reply in support of Motion to Stay Action; review Ds' reply in support; file organization | 0.6 | $ 75.00 | $ 45.00 | |
| 7/7/2017 | Kelsey | Edits to Saul Zabell ltr to court; served letter to court via email | 0.4 | $ 75.00 | $ 30.00 | |
| 9/1/2017 | Kelsey | Cabrera matter - file review and prepared file for 9-5-17 court conference; draft memo for SDZ, Saul Zabell and Daniel Johnston | 0.5 | $ 75.00 | $ 37.50 | $ 2,025.00 |
| 6/1/2016 | Roland | Checked and made changes to Plaintiff's 2nd Set of Interrogatories and analyzed Defendants' Response to Plaintiff's 2nd Request for the Production of Documents | 0.5 | $ 125.00 | $ 62.50 | |
| 6/14/2016 | Roland | Helped to correct and finish the damage calculation in this case | 1.5 | $ 125.00 | $ 187.50 | |
| 7/13/2016 | Roland | Review deficiency letter to adv | 0.2 | $ 125.00 | $ 25.00 | |
| 9/12/2016 | Roland | Drafted and sent a deficiency letter to the adversary.; Performed research into the necessary information for Capital One Bank to carry out the subpoena. | 3 | $ 125.00 | $ 375.00 | |
| 9/30/2016 | Roland | Drafted, revised, and sent a letter to Judge Feinman regarding the parallel State Class Action case against Summit Entertainment. | 1.5 | $ 125.00 | $ 187.50 | |
| 10/4/2016 | Roland | Printed out and copied tax return forms for client meeting; Generated chart with pertinent information from tax return forms for clients | 1 | $ 125.00 | $ 125.00 | |
| 10/21/2016 | Roland | Reviewed the file and generated a memo as an update to the status of the case. | 1.5 | $ 125.00 | $ 187.50 | |
| 3/10/2017 | Roland | Entered dates from Order dated 3/7/17 into the firm calendar. | 0.2 | $ 125.00 | $ 25.00 | |
| 4/10/2017 | Roland | Reviewed the docket to find previous scheduling orders to base the newest proposed scheduling order upon. | 0.5 | $ 125.00 | $ 62.50 | |
| 4/11/2017 | Roland | Began drafting the new Proposed Scheduling Order, pursuant to the Judge's ruling; Reviewed the file to determine the length of the stay in this case. | 1 | $ 125.00 | $ 125.00 | |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2017 | Roland | Edited and continued drafting the Proposed Scheduling Order. | 0.8 | $125.00 | $100.00 |
| 7/5/2017 | Roland | Finalized damage calculations and prepared for Saul Zabell. | 2.5 | $125.00 | $312.50 |
| 8/3/2017 | Roland | Reviewed Defendant's response to Plaintiff's Motion to Compel. Reviewed produced discovery for potential use in our reply. | 0.3 | $125.00 | $37.50 |
| 8/7/2017 | Roland | Prepared file for Saul Zabell. Included Motion to Compel, pleadings, and produced documentation. | 0.5 | $125.00 | $62.50 |
| 8/9/2017 | Roland | Reviewed discovery and correspondences for all potential disputes, drafted memo for RE to assist in responding to Judge's Order. | 1.7 | $125.00 | $212.50 |
| 8/11/2017 | Roland | Reviewed all discovery demands, responses, and Judge's order. Drafted a memo on the issues the Judge wanted us to respond to. Discussed with RE. | 1.5 | $125.00 | $187.50 |
| 8/14/2017 | Roland | Discussed memo with RE and the timeline of events during discovery. Such as the disc. Demands and their corresponding deficiency letters. | 0.5 | $125.00 | $62.50 |
| 9/28/2017 | Roland | Reviewed Defendants un-redacted document production for any discrepancies. Processed documentation into firm database. | 3.5 | $125.00 | $437.50 |
| 9/29/2017 | Roland | Called client to verify home address, mailed a courtesy copy of documentation to her for review. | 0.5 | $125.00 | $62.50 |
| 10/11/2017 | Roland | Drafted letter to adversary regarding deposition schedule. | 0.5 | $125.00 | $62.50 |
| 10/24/2017 | Roland | Reviewed Judge's Order for deposition deadline. Discussed available dates with client and Saul Zabell. | 0.5 | $125.00 | $62.50 |
| 10/25/2017 | Roland | Reviewed file for final date for deposition. Spoke to client to discuss potential deposition dates. | 0.8 | $125.00 | $100.00 |
| 10/27/2017 | Roland | Printed copies of Complaint, Answer, and INT responses. Mailed to Client for her review prior to deposition. | 0.8 | $125.00 | $100.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/8/2017 | Roland | Printed out exhibits to be used in the deposition of Defendants. | 1.5 | $125.00 | $187.50 |
| 11/9/2017 | Roland | Finalized the preparation of Defendants deposition exhibits and prepared binder with corresponding courtesy copies. | 1.2 | $125.00 | $150.00 |
| 11/14/2017 | Roland | Processed Exhibits used in Deposition. | 0.3 | $125.00 | $37.50 |
| 12/11/2017 | Roland | Drafted letter to Adversary with call in information for telephone conference. Reviewed Order for dates to serve response letter. | 0.5 | $125.00 | $62.50 |
| 12/12/2017 | Roland | Reviewed file for recent orders. Presented information to RE for letter. | 0.5 | $125.00 | $62.50 |
| 1/29/2018 | Roland | Drafted and e-fied Notice of Appearance for Saul Zabell in EDNY. | 0.5 | $125.00 | $62.50 |
| 6/2/2016 | Roland | Interrogatories for Cabrera | 0.2 | $125.00 | $25.00 |
| 6/7/2016 | Roland | Review of Defendants response to document demands; Review of relevant case law specifically regarding Rick's Cabaret | 1.7 | $125.00 | $212.50 |
| 6/8/2016 | Roland | Created 3rd Doc. Demands to Defendant using recently acquired documentation. (Not Served) | 1.3 | $125.00 | $162.50 |
| 6/8/2016 | Roland | Review of Defendants response to all Discovery Demands in search of deficiencies. | 2.1 | $125.00 | $262.50 |
| 6/9/2016 | Roland | Drafted deficiency letter to responses to Defendants document demands. | 2 | $125.00 | $250.00 |
| 6/9/2016 | Roland | Additional research on independent contractors and what constitutes an "employer". | 0.5 | $125.00 | $62.50 |
| 6/10/2016 | Roland | Review of Defendants response to Plaintiff's Interrogatories and included deficiencies in letter. | 1.3 | $125.00 | $162.50 |
| 6/13/2016 | Roland | Continued revising and editing deficiency letter. | 1 | $125.00 | $125.00 |
| 6/13/2016 | Roland | Reviewed Complaint, notes and memos and created spreadsheet of damage calculations. | 1.5 | $125.00 | $187.50 |
| 6/14/2016 | Roland | Email correspondence to adversary with deficiency letter. | 0.3 | $125.00 | $37.50 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/14/2016 | Roland | Damage calculation using all payments made to house momma, house fee, Daniel Johnston fee, and security guard fee. | 1.3 | $125.00 | $162.50 |
| 6/15/2016 | Roland | Review of notes to determine how much client is owed for our demands | 0.5 | $125.00 | $62.50 |
| 6/27/2016 | Roland | Letter to Client regarding Rule 68 offer of judgment of 12,000. | 0.5 | $125.00 | $62.50 |
| 7/6/2016 | Roland | Created answer to Defendants First request for the production of documents to our client (Plaintiff). Created objections and will follow up options. | 1 | $125.00 | $125.00 |
| 7/7/2016 | Roland | Reviewed our deficiency letter and Defendant response to our deficiency letter. Wrote letter in response to deficiency letter. | 1.5 | $125.00 | $187.50 |
| 7/11/2016 | Roland | Letter to adversary regarding Deposition notice. | 0.5 | $125.00 | $62.50 |
| 7/12/2016 | Roland | Created Third request for Documents and Second request for Admissions, and edited deficiency letter. | 2 | $125.00 | $250.00 |
| 7/13/2016 | Roland | Edited discovery demands to Defendant and mailed via electronic mail. | 1.5 | $125.00 | $187.50 |
| 7/21/2016 | Roland | Created rough draft of Discovery Responses. 9to be completed with client) | 1.3 | $125.00 | $162.50 |
| 7/22/2016 | Roland | Met with client and Chris to discuss Defendant's Responses to Discovery. | 1.5 | $125.00 | $187.50 |
| 7/25/2016 | Roland | Used information from client meeting to draft a response to Defendant's Interrogatories and Document demands. | 1.3 | $125.00 | $162.50 |
| 7/26/2016 | Roland | Email letter to Client reminding her to provide documentation she was requested of at our meeting of July 22, 2016. | 0.5 | $125.00 | $62.50 |
| 7/26/2016 | Roland | Corrections to responses to Interrogatories and Document Demands. Fixed responses to include the documentation our client will produce). | 1.5 | $125.00 | $187.50 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/27/2016 | Roland | Created Subpoena to be sent to Cap. 1 bank requesting information. Also wrote letter to adversary informing him of our subpoena that will be served on Monday, August 1, 2016. | 1.5 | $125.00 | $187.50 |
| 7/29/2016 | Roland | Draft letter to Court and e filed. | 1 | $125.00 | $125.00 |
| 8/1/2016 | Roland | Began drafting discovery responses | 1 | $125.00 | $125.00 |
| 8/8/2016 | Roland | Scanned in new Rule 68 offer, reviewed offer, drafted letter and sent to client via first class. | 0.8 | $125.00 | $100.00 |
| 8/8/2016 | Roland | Drafted 4th Request for the Production of Documents and 3rd Request for Admission | 4 | $125.00 | $500.00 |
| 8/8/2016 | Roland | Supplemental Response, Interrogatories, research into files, request for admissions | 2.5 | $125.00 | $312.50 |
| 8/12/2016 | Roland | Review of Defendants Responses to our most recent Discovery Demands. Sent out letter regarding the denial of Admissions which we believe are false. | 1.5 | $125.00 | $187.50 |
| 8/17/2016 | Roland | Letter to client instructing her to contact us upon receipt. Mailed via certified mail, return requested. | 0.5 | $125.00 | $62.50 |
| 8/18/2016 | Roland | Resending a letter to Khristie | 0.2 | $125.00 | $25.00 |
| 8/25/2016 | Roland | Reviewed and filed subpoena which was served upon Capital One Bank in Queens. | 0.3 | $125.00 | $37.50 |
| 8/30/2016 | Roland | Ltr to Bank regarding Subpoena. | 0.5 | $125.00 | $62.50 |
| 9/12/2016 | Roland | Phone conversation with Client to discuss subpoena. | 0.2 | $125.00 | $25.00 |
| 9/13/2016 | Roland | Created memo regarding the subpoena to the Capital One Bank. Organized box and prepared files for settlement conference. | 1 | $125.00 | $125.00 |
| 9/28/2016 | Roland | Reviewed Discovery responses, deficiency letters, and created memo regarding outstanding Discovery. | 1.2 | $125.00 | $150.00 |
| 10/31/2016 | Roland | Processed stamped copy of Motions in redweld, scanned into appropriate file. Reviewed Pacer for Motions and filed Stamped copy of Motions into file. | 1.5 | $125.00 | $187.50 |
| 11/11/2015 | Roland | Draft retainer for Khrystie Cabrera | 0.4 | $125.00 | $50.00 |
| 7/6/2016 | Roland | Letter to client with corresponding files | 1.5 | $125.00 | $187.50 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/26/2016 | Roland | Review adversary's letter of July 26, 2016 regarding Defendants' record keeping; Draft and send letter to adversary regarding Defendants' responses; Draft and edit Plaintiff's Second Set of Interrogatories | 2 | $125.00 | $250.00 |
| 8/16/2016 | Roland | Draft deficiency letter to adv | 1 | $125.00 | $125.00 |
| 8/23/2016 | Roland | Draft and sent letter to adv re: D's response to 8-16-16 deficiency letter; file organization | 0.6 | $125.00 | $75.00 |
| 9/15/2016 | Roland | Case conference regarding state court matter against Summit Entertainment Corp.; Use state court tracking to identify state case against Summit Entertainment Corp.; Review appearances, motions and E-filed documents for Pawelsky v. Summit Entertainment Corp. | 1 | $125.00 | $125.00 |
| 10/5/2016 | Roland | Case conference regarding upcoming telephone conferences; Set-up telephone conference for October 5, 2016 via ReadyTalk; Draft, edit letter to adversary regarding October 4, 2016 Order; Draft and send letter to adversary regarding October 5, 2016 telephone conference; Sit in on telephone conference; Telephone calls with ReadyTalk to reschedule telephone conference | 2 | $125.00 | $250.00 |
| 11/1/2016 | Roland | Review and process Order of 10-31-16; Set up so-ordered telephone conference scheduled for November 10, 2016 on Ready Talk | 0.7 | $125.00 | $87.50 |
| 11/16/2016 | Roland | E-mail correspondence with ReadyTalk regarding 11-17-16 telephone conference; Draft and send letter to adversary regarding call in details for 11-17-16 telephone conference | 0.8 | $125.00 | $100.00 |
| 11/17/2016 | Roland | Telephone call with ReadyTalk to aDaniel Johnstonourn telephone conference date to 11-22-16 at 11:00 am per 11-16-16 Order | 0.2 | $125.00 | $25.00 |
| 2/20/2017 | Roland | Send 2-20-17 letter to claims administrator via UPS overnight mail | 0.5 | $125.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/22/2017 | Roland | Draft and send letter to Justice Feinman regarding opt-out; Review Justice Feinman's rules regarding correspondence | 0.7 | $ 125.00 | $ 87.50 |
| 2/23/2017 | Roland | Prepare mailings for 2-22-17 letter to Justice Feinman for adversaries | 0.2 | $ 125.00 | $ 25.00 |
| 3/8/2017 | Roland | Review and process 3-7-17 Order regarding aDaniel Johnstonournment of status conference and joint status report | 0.4 | $ 125.00 | $ 50.00 |
| 4/4/2017 | Roland | Review and process Order of 3-30-17 regarding status conference and proposed scheduling order | 0.3 | $ 125.00 | $ 37.50 |
| 4/10/2017 | Roland | Review docket regarding stay; Case conference regarding proposed scheduling order; Review Defendants' supplemental status report of 3-30-17 to the Court | 1.2 | $ 125.00 | $ 150.00 |
| 4/18/2017 | Roland | Review docket in connection with joint status report due on 4-20-17; Review status report and supplemental status report submitted by opposing counsel and status report Order of 3-28-17 | 1 | $ 125.00 | $ 125.00 |
| 5/4/2017 | Roland | File review regarding damages | 0.5 | $ 125.00 | $ 62.50 |
| 6/15/2017 | Roland | File review regarding depositions; Review docket regarding discovery cut-off; Review Scheduling Order of 4-24-17; Draft letter to adversary regarding deposition schedule | 1 | $ 125.00 | $ 125.00 |
| 7/5/2017 | Roland | Review docket regarding upcoming settlement conference | 0.2 | $ 125.00 | $ 25.00 |
| 8/7/2017 | Roland | Review and process 8-3-17 Order re: telephone hearing; Set up 8-9-17 telephone conference on ReadyTalk | 0.8 | $ 125.00 | $ 100.00 |
| 8/8/2017 | Roland | Draft and send letter to adversary regarding call-in details for 8-9-17 telephone hearing | 0.5 | $ 125.00 | $ 62.50 |
| 11/6/2017 | Roland | E-mail communications with Precise Reporting to schedule 30(b)(6) deposition of Defendant | 0.4 | $ 125.00 | $ 50.00 |

| Date | Attorney | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 11/8/2017 | Roland | File review for Defendants' deposition on 11-13-17; Case conference with Saul Zabell regarding Defendants' unredacted discovery production | 0.7 | $ 125.00 | $ 87.50 | |
| 11/9/2017 | Roland | Assemble and collate deposition exhibits for 30(b)(6) deposition of Defendant on 11-13-17 | 1.4 | $ 125.00 | $ 175.00 | |
| 12/11/2017 | Roland | Assist AH with telephone conference set-up on ReadyTalk | 0.3 | $ 125.00 | $ 37.50 | $ 11,825.00 |
| 12/29/2015 | Ryan B | Drafting and Finalizing Summons to Gentlemen's Quarter and Phillip Tricolla | 0.4 | $ 75.00 | $ 30.00 | |
| 2/1/2016 | Ryan B | Legal research regarding FLSA claims. | 0.8 | $ 75.00 | $ 60.00 | |
| 3/22/2016 | Ryan B | Processing Initial Conference date into Amicus Schedule | 0.2 | $ 75.00 | $ 15.00 | |
| 3/22/2016 | Ryan B | File review for Rule 26 | 0.6 | $ 75.00 | $ 45.00 | |
| 3/23/2016 | Ryan B | Plaintiff's Rule 26 Disclosure Statement | 0.6 | $ 75.00 | $ 45.00 | |
| 3/23/2016 | Ryan B | 1st Document Demand (Draft) | 1.5 | $ 75.00 | $ 112.50 | |
| 3/24/2016 | Ryan B | ESI Agreement (Draft) | 0.6 | $ 75.00 | $ 45.00 | |
| 3/28/2016 | Ryan B | Edits to ESI Agreements and drafting Plaintiff's Request for Admission | 1 | $ 75.00 | $ 75.00 | |
| 3/28/2016 | Ryan B | Cover letter to adversary and Affidavit of Service | 0.6 | $ 75.00 | $ 45.00 | |
| 4/7/2016 | Ryan B | Plaintiff's Notice of Deposition to Defendant Tricolla | 0.5 | $ 75.00 | $ 37.50 | |
| 4/7/2016 | Ryan B | Edits to P's 1st Doc Demand, 1st Int, and 1st NTA. | 0.6 | $ 75.00 | $ 45.00 | |
| 4/7/2016 | Ryan B | Notice of Deposition | 0.5 | $ 75.00 | $ 37.50 | |
| 4/8/2016 | Ryan B | Letter to adversary | 0.5 | $ 75.00 | $ 37.50 | |
| 4/8/2016 | Ryan B | Conference with Chris regarding discovery | 0.4 | $ 75.00 | $ 30.00 | |
| 4/20/2016 | Ryan B | Rule 26 Phone conference between Saul and adversary | 0.4 | $ 75.00 | $ 30.00 | |
| 4/20/2016 | Ryan B | Conference with Chris regarding Rule 26 | 0.3 | $ 75.00 | $ 22.50 | |
| 4/21/2016 | Ryan B | File review of Defendants' Answer and documents provided by Defendants; 1st draft of Plaintiff's Second Document Demand; edits to Plaintiff's 1st Set of Interrogatories; Edits to Plaintiff's 1st Notice to Admit and conference with Chris | 1.6 | $ 75.00 | $ 120.00 | |
| 4/22/2016 | Ryan B | Edits to 2nd Document Demand, 1st NTA, 1st Set of Interrogatories, Plaintiff's Rule 26, and ESI Agreement | 0.8 | $ 75.00 | $ 60.00 | |

| Date | Attorney | Description | Hours | Rate | Amount | Subtotal |
|---|---|---|---|---|---|---|
| 4/27/2016 | Ryan B | Cover letter to adversary; emailing Plaintiff's Rule 26 Disclosure Statement | 0.5 | $ 75.00 | $ 37.50 | |
| 4/27/2016 | Ryan B | Scanning and organizing documents to be emailed to Ray Nardo; email to Ray Nardo | 0.3 | $ 75.00 | $ 22.50 | |
| 5/9/2016 | Ryan B | File review of documents produced in Defendants' Rule 26; Excel spreadsheet keeping track of VIP private dance records. | 1.8 | $ 75.00 | $ 135.00 | |
| 5/11/2016 | Ryan B | Conference with client | 1 | $ 75.00 | $ 75.00 | |
| 5/11/2016 | Ryan B | Memo regarding client conference | 0.3 | $ 75.00 | $ 22.50 | $ 1,185.00 |
| 7/12/2017 | Ryan E | Prepare file for settlement conf | 0.4 | $ 200.00 | $ 80.00 | |
| 8/11/2017 | Ryan E | Review file & draft Motion to compel | 2.5 | $ 200.00 | $ 500.00 | |
| 8/14/2017 | Ryan E | Letter Motion to Compel | 2.3 | $ 200.00 | $ 460.00 | |
| 12/12/2017 | Ryan E | Draft & file response to D's motion to compel | 2 | $ 200.00 | $ 400.00 | $ 1,440.00 |
| 11/25/2015 | Saul Za | Revise draft FLSA suit | 0.5 | $ 450.00 | $ 225.00 | |
| 12/21/2015 | Saul Za | Revise FLSA lawsuit | 0.4 | $ 450.00 | $ 180.00 | |
| 12/29/2015 | Saul Za | Telephone call to Khristie Cabrera - left message - | 0.2 | $ 450.00 | $ 90.00 | |
| 2/9/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 2/9/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 2/9/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 2/10/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 2/21/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 2/22/2016 | Saul Za | Cabrera - Answer DUE from D Tricolla - | 0.4 | $ 450.00 | $ 180.00 | |
| 3/21/2016 | Saul Za | Review defendant answer and affirmative defenses | 0.6 | $ 450.00 | $ 270.00 | |
| 4/6/2016 | Saul Za | Review and revise adversary letter to court regarding initial conference. | 0.3 | $ 450.00 | $ 135.00 | |
| 4/13/2016 | Saul Za | File prep and discovery review for 4/28 court conference | 1 | $ 450.00 | $ 450.00 | |
| 4/20/2016 | Saul Za | Rule 26 planning conference, review Judge Kuntz individual rules of practice, review proposed rule 26 order | 0.7 | $ 450.00 | $ 315.00 | |
| 4/20/2016 | Saul Za | Cabrera tele conf with Elbert Nasis - | 0.4 | $ 450.00 | $ 180.00 | |
| 4/22/2016 | Saul Za | Final revisions to all discovery for service. | 0.5 | $ 450.00 | $ 225.00 | |
| 4/22/2016 | Saul Za | Deposition notice site inspection e-discovery. | 0.5 | $ 450.00 | $ 225.00 | |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/2016 | Saul Za | File preparation for initial conference on 4/28 before Judge GO. | 0.5 | $ 450.00 | $ 225.00 |
| 4/27/2016 | Saul Za | Revise and serve Rule 26 upon counsel for Defendant. | 0.5 | $ 450.00 | $ 225.00 |
| 4/27/2016 | Saul Za | Review and revise discovery demands prior to initial conference | 0.8 | $ 450.00 | $ 360.00 |
| 4/28/2016 | Saul Za | E-mail correspondence with Raymond Nardo regarding Cabrera conference and discussed class/collective issues | 0.6 | $ 450.00 | $ 270.00 |
| 4/29/2016 | Saul Za | E-mail correspondence with ecf_bounces@nyed.uscourts.gov regarding scheduling order, review order and enter dates | 0.6 | $ 450.00 | $ 270.00 |
| 5/2/2016 | Saul Za | Process 4/29 court order from initial conference | 0.4 | $ 450.00 | $ 180.00 |
| 5/5/2016 | Saul Za | Review adversary rule 68 offer of judgment | 0.3 | $ 450.00 | $ 135.00 |
| 5/6/2016 | Saul Za | Cabrera - rule 26 deadline to disclose (def. to include, payroll, sign in sheets, etc.) - | 0.6 | $ 450.00 | $ 270.00 |
| 5/9/2016 | Saul Za | Review adversary rule 26 disclosure statement regarding plaintiff's measure of damages | 0.5 | $ 450.00 | $ 225.00 |
| 5/11/2016 | Saul Za | Office appointment to review defendants' rule 26 disclosure statement and documentation supporting rule 68 offer of judgment; review of our discovery demands, court orders, and litigation strategy moving forward | 1 | $ 450.00 | $ 450.00 |
| 5/11/2016 | Saul Za | Cabrera - def response to first request for production of docs due - | 0.4 | $ 450.00 | $ 180.00 |
| 5/11/2016 | Saul Za | Krystie Cabrera office appointmen5t - | 1 | $ 450.00 | $ 450.00 |
| 5/19/2016 | Saul Za | Cabrera - burn date on rule 68 offer ($7,500) - | 0.4 | $ 450.00 | $ 180.00 |
| 5/23/2016 | Saul Za | review adversary rule 26 disclosure statement | 0.5 | $ 450.00 | $ 225.00 |
| 5/31/2016 | Saul Za | Preliminary review of defendant's discovery responses | 0.5 | $ 450.00 | $ 225.00 |
| 5/31/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 6/2/2016 | Saul Za | E-mail correspondence with Aldo Hernandez | 0.2 | $ 450.00 | $ 90.00 |
| 6/8/2016 | Saul Za | Case conference regarding deficiency letter and defendants' affirmative defenses | 0.5 | $ 450.00 | $ 225.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2016 | Saul Za | File prep and memo regarding different tenures, inaSaul Zabelluracy of defendants' records and the number of hours plaintiff worked. | 0.5 | $ 450.00 | $ 225.00 |
| 6/9/2016 | Saul Za | Cabrera - telephone status conference (settlement / related state court case) - | 0.6 | $ 450.00 | $ 270.00 |
| 6/14/2016 | Saul Za | File review, review defendant documentation regarding damages | 0.4 | $ 450.00 | $ 180.00 |
| 6/15/2016 | Saul Za | Case conference regarding plaintiff's damage calculation | 0.3 | $ 450.00 | $ 135.00 |
| 6/15/2016 | Saul Za | Process court order regarding settlement conference | 0.3 | $ 450.00 | $ 135.00 |
| 6/24/2016 | Saul Za | E-mail correspondence with Gregory S. Lisi regarding settlement review numbers and reject | 0.8 | $ 450.00 | $ 360.00 |
| 6/25/2016 | Saul Za | Review adversary response to deficiency letter | 0.4 | $ 450.00 | $ 180.00 |
| 6/27/2016 | Saul Za | Review adversary rule 68 offer, letter to client | 0.5 | $ 450.00 | $ 225.00 |
| 6/27/2016 | Saul Za | E-mail correspondence with Elbert F. Nasis | 0.2 | $ 450.00 | $ 90.00 |
| 6/28/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 7/7/2016 | Saul Za | Legal Services | 0.1 | $ 450.00 | $ 45.00 |
| 7/7/2016 | Saul Za | revise our opposition to 6/24 letter issued by defendant's counsel | 0.4 | $ 450.00 | $ 180.00 |
| 7/12/2016 | Saul Za | Review defendant rule 26 production - time sheets and compensation, call to client regarding case status and settlement demand | 0.7 | $ 450.00 | $ 315.00 |
| 7/13/2016 | Saul Za | revise supplemental discovery demands for service | 0.5 | $ 450.00 | $ 225.00 |
| 7/20/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 7/22/2016 | Saul Za | Client office appointment regarding discovery responses | 1.1 | $ 450.00 | $ 495.00 |
| 7/29/2016 | Saul Za | Review adversary court submission regarding settlement; draft and file opposition | 0.7 | $ 450.00 | $ 315.00 |
| 8/1/2016 | Saul Za | Cabrera - our response to discovery demands due (Doc Dem & Int's) - | 0.4 | $ 450.00 | $ 180.00 |
| 8/5/2016 | Saul Za | Review updated rule 68 offer issued by defendant; review internal damage calculation | 0.4 | $ 450.00 | $ 180.00 |
| 8/8/2016 | Saul Za | Review defendants supplemental discovery responses, revise deficiency letter for service. | 0.8 | $ 450.00 | $ 360.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/16/2016 | Saul Za | Email to Khristie Cabrera regarding case status | 0.1 | $450.00 | $45.00 |
| 8/16/2016 | Saul Za | Revise sur reply to deficiency letter sent to plaintiff's counsel regarding their document production | 0.4 | $450.00 | $180.00 |
| 8/17/2016 | Saul Za | Letter to client regarding non contact and rule 68 offer | 0.5 | $450.00 | $225.00 |
| 8/18/2016 | Saul Za | cabrera Settlement Offer - Response DUE - | 0.6 | $450.00 | $270.00 |
| 8/19/2016 | Saul Za | Second letter to client regarding whereabouts and rule 68 offer | 0.5 | $450.00 | $225.00 |
| 8/22/2016 | Saul Za | Review adversary response to our deficiency letter | 0.4 | $450.00 | $180.00 |
| 8/23/2016 | Saul Za | Draft and email cobrera letter to adversary | 0.8 | $450.00 | $360.00 |
| 8/26/2016 | Saul Za | Cabrera - deadline to file motion to amend / joinder - | 0.6 | $450.00 | $270.00 |
| 9/12/2016 | Saul Za | Review correspondence from plaintiff's bank regarding information required for a subpoena, send letter to client seeking additional information. | 0.4 | $450.00 | $180.00 |
| 9/13/2016 | Saul Za | Review adversary response to our 4th request for the production of documents and 3rd request for admission, draft and serve deficiency letter | 1.5 | $450.00 | $675.00 |
| 9/14/2016 | Saul Za | review adversary response to deficiency letter and supplemental document production; status call to client | 0.7 | $450.00 | $315.00 |
| 9/15/2016 | Saul Za | File prep for court conference, review proposed settlement of parallel state court class action matter | 0.7 | $450.00 | $315.00 |
| 9/15/2016 | Saul Za | Cabrera - Settlement Conference - | 1.6 | $450.00 | $720.00 |
| 9/27/2016 | Saul Za | E-mail correspondence with Gregory S. Lisi regarding discovery status | 0.2 | $450.00 | $90.00 |
| 9/27/2016 | Saul Za | E-mail correspondence with Gregory S. Lisi regarding his clients fears in settlement - review and respond | 0.6 | $450.00 | $270.00 |
| 9/28/2016 | Saul Za | review court docket in state court class action suit | 0.5 | $450.00 | $225.00 |
| 9/30/2016 | Saul Za | Letter to Judge in state court class action case seeking information regarding fairness hearing. File review in connection with all outstanding discovery for purposes of motion to compel and meet and confer | 0.9 | $450.00 | $405.00 |
| 10/6/2016 | Saul Za | Cabrera status conference call in - | 2 | $450.00 | $900.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2016 | Saul Za | Cabrera - Telephone Conference before Magistrate Go (aDaniel Johnstonourned from 11-17-16) - aDaniel Johnstonourned | 0.2 | $ 450.00 | $ 90.00 |
| 12/13/2016 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 12/14/2016 | Saul Za | E-mail correspondence with Elbert F. Nasis | 0.2 | $ 450.00 | $ 90.00 |
| 2/22/2017 | Saul Za | Revise letter to Judge Feinman in Nassau Supreme regarding opt-out | 0.3 | $ 450.00 | $ 135.00 |
| 3/28/2017 | Saul Za | E-mail correspondence with Gregory S. Lisi | 0.2 | $ 450.00 | $ 90.00 |
| 3/30/2017 | Saul Za | Review adversary letter to judge regarding status of state court class action | 0.3 | $ 450.00 | $ 135.00 |
| 3/30/2017 | Saul Za | E-mail correspondence with Elbert F. Nasis | 0.2 | $ 450.00 | $ 90.00 |
| 7/3/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 7/3/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 7/12/2017 | Saul Za | Cabrera V. Summit Settlement Conference Before Judge Kuo - | 2.6 | $ 450.00 | $ 1,170.00 |
| 7/25/2017 | Saul Za | Draft and revise correspondence to adversary and court | 0.6 | $ 450.00 | $ 270.00 |
| 8/9/2017 | Saul Za | Cabrera - Telephone hearing re: P's motion to compel (ECF Doc. 37) - | 1.6 | $ 450.00 | $ 720.00 |
| 9/29/2017 | Saul Za | E-mail correspondence with Elbert F. Nasis | 0.2 | $ 450.00 | $ 90.00 |
| 10/4/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/10/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/24/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/25/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/26/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/26/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/29/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/30/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/30/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 10/30/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 11/2/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 |
| 11/2/2017 | Saul Za | E-mail correspondence with Elbert F. Nasis | 0.2 | $ 450.00 | $ 90.00 |
| 11/3/2017 | Saul Za | Cabrera - plaintiff deposition - | 6 | $ 450.00 | $ 2,700.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 11/13/2017 | Saul Za | File review (notes from plaintiff's deposition) and case conference regarding deposition of defendant's principal and 30(b)(6) representative | 0.5 | $ 450.00 | $ 225.00 | |
| 11/13/2017 | Saul Za | Cabrera - deposition of defendants - | 7 | $ 450.00 | $ 3,150.00 | |
| 11/30/2017 | Saul Za | File review regarding outstanding discovery, email exchange with co-counsel regarding status letter to judge | 0.5 | $ 450.00 | $ 225.00 | |
| 12/1/2017 | Saul Za | E-mail correspondence with Raymond Nardo | 0.2 | $ 450.00 | $ 90.00 | |
| 1/26/2018 | Saul Za | Process court order regarding income tax returns, call to client | 0.7 | $ 450.00 | $ 315.00 | $ 28,260.00 |
| | | | **249.7** | | **$ 59,930.00** | **$ 59,930.00** |